USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11 20 09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TREVOR ROBINSON,

                 Plaintiff,                :      08 Civ. 06667 (DF)

       -against-                          :      **ORDER OF**
                                                     **DISCONTINUANCE**
A1 SWEET TRUCKING, LLC,           :

                 Defendant.      :

-----------------------------------------------------------------X

## DEBRA FREEMAN, United States Magistrate Judge:

The Court having been informed that the parties have reached an agreement in principle

to resolve this action, and the parties having consented pursuant to 28 U.S.C. § 636(c) to the

undersigned exercising jurisdiction over this matter and conducting all proceedings herein, it is

hereby ORDERED that:

This action be, and hereby is, discontinued with prejudice and without costs, provided,

however, that within 30 days of the date of this Order, if the parties' written documentation of the

settlement is not completed, counsel for Plaintiff may apply by letter for the restoration of the action

to the active calendar of the Court.

Dated:  New York, New York
         November 20, 2009

                                           SO ORDERED

                                           DEBRA FREEMAN
                                           United States Magistrate Judge

Copies To:

James Newman, Esq.
2815 Waterbury Avenue
Bronx, NY  10461

Lorne M. Reiter, Esq.
Schoenfeld, Mooreland and Reiter
14 Wall Street, 20th Fl
New York, NY 10005